**FILED**

MAR 2 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eric Brosten, )
)
    Plaintiff, )
)
    v. )    Civil Action No. *14-461*
)
Cube Smart Management LLC, )
)
    Defendant. )
_____ )

MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* Complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a District of Columbia resident suing a company based in the District. He "requests [that] this court look into this very serious matter with billions of dollars at stake and the future of mankind." Compl. at 1. Plaintiff states that "[a]t first glance it seems like a simple dispute . . .," but the nature of the dispute and the defendant's involvement is indiscernible from the disjointed statements comprising the complaint. Since the complaint fails to provide any notice of a claim and the basis of federal court jurisdiction, the case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: February 26, 2014